AUGUSTUS M. POWERS, Appellant, v. FIREMAN'S FUND INSURANCE COMPANY and THE LONDON ASSURANCE CORPORATION OF LONDON, Respondents, Impleaded with Another.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ALFRED PETZ and MINNIE PETZ, Respondents, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer the second cause of action within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BIRMINGHAM, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

HYMAN GARFINKEL, as Administrator, etc., of JEROME GARFINKEL, Deceased, Appellant, v. THE PHILAN CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.; O'Malley and Cohn, JJ., dissent and vote to reverse and grant a new trial.

LOIS Z. GUCK, Appellant, v. KING FEATURES SYNDICATE, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of PATRICK FLYNN, Petitioner, for a Certiorari Order against JACOB GOULD SCHURMAN, JR., as Chief City Magistrate of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

IRVING COHEN and Others, Respondents, v. EDWARD CANAVAN, as President, or WILLIAM FEINBERG, as Vice-President, or HARRY A. SUBER, as Treasurer, of Associated Musicians of Greater New York, Local 802, American Federation of Musicians, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of MAX EPSTEIN, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of WILLIAM H. FLAX, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of EDWARD J. O'CONNOR (Also Known as EDWARD JOSEPH O'CONNOR), an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.